<span style="color:red">**MAB**
**Draft 1**
**7/24/25**</span>

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 1:25-CR-11 (LAG)(ALS) |
| : | |
| FREDERICK DONALD, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Before the Court is Defendant Frederick Donald's Unopposed Motion to Continue in the interests of justice (Motion). (Doc. 28). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for August 5, 2025, and September 15, 2025, respectively. (*Id.* at 1; Doc. 20).

On May 14, 2025, Defendant Frederick Donald was charged with two counts of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 84l(a)(l) and 84l(b)(l)(A). (Doc. 1). Defendant made his initial appearance on May 29, 2025, pleaded not guilty, consented to pretrial detention, and was remanded to the custody of the U.S Marshals Service. (Docs. 6, 12, 15, 14). On May 30, 2025, the Court scheduled Defendant's pretrial conference and trial for June 25, 2025 and June 30, 2025, respectively. (Doc. 16). The Court granted Defendant's first Motion to Continue on June 4, 2025. (Docs. 17, 19). On June 17, 2025, the Court scheduled Defendant's pretrial conference and trial for August 5, 2025 and September 15, 2025, respectively. (Doc. 20). Defendant filed the subject Motion on July 21, 2025. (Doc. 28). Therein, Defendant represents that a Motion to Suppress was filed by Defendant on July 21, 2025, challenging the admissibility of evidence, that an evidentiary hearing is necessary, and that the matter raised in the Motion to Suppress would not be resolved in time for the parties to prepare and proceed to trial as

scheduled. (Doc. 28 ¶¶ 2, 3). The Government does not oppose Defendant's Motion. (*Id.* ¶ 4).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 28) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's June 17, 2025 Scheduling Order (Doc. 20) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 24th day of July, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**