IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA

<u>MINUTE SHEET</u>

Date:   September 22, 2025                     Motions

Judge:  Leslie Abrams Gardner              Court Reporter:  Lisa Snyder

Courtroom Deputy:  Marcia Alvarez Benavidez       Law Clerk: Emani Brown

Case Number:   1:25-cr-11-LAG

United States of America                     Counsel:  Matthew Redavid


V

Frederick Donald                             Counsel: Timothy Saviello

**DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.**
Time in Court: 4 hr 6 mins

2:06 pm – Convene.
2:09 pm – Govt. calls 1st witness, Rusty Evans. Govt. exhibit 6 and 1 are admitted.
2:26 pm – Cross. Dft. exhibits 1, 10 are admitted.
2:45 pm – Witness excused. Govt. calls 2nd witness, Steven Kornegay. Govt. exhibits 2 and 12 admitted.
3:13 pm – Cross.
3:20 pm – Witness excused. Govt. calls 3rd witness, Wesley Bradshaw. Govt. exhibits 4, 5, 7, 16, 8, 9, 10, 11, 13, 15, 3, and 14 are admitted.
5:11 pm – Cross.
5:26 pm – Redirect. Witness excused. Parties rest.
5:32 pm – Arguments.
5:32 pm – Doc. 27 Motion to Suppress is Denied.
6:12 pm – Recess.